LOUISVILLE AND JEFFERSON COUNTY HUMAN RELATIONS COMMISSION, ex rel. Shirley DUKE and Barbara Jean Carroll, Appellants,

v.

MR. MAID, INC., Appellee.

No. 90–CA–282–S.

Court of Appeals of Kentucky.

May 1, 1992.

M. Christina Heavrin, Thomas A. McAdam, III, Louisville, for appellants.

David Kaplan, Louisville, for appellee.

Before LESTER, C.J., and DYCHE and EMBERTON, JJ.

LESTER, Chief Judge.

This is a special appeal in which the appellee failed to file a Position statement as required by CR 76.05(3)(B)(i). Even though CR 76.12(8) would appear to apply primarily to briefs in a matter of right submission, we see no reason not to utilize its provisions in special appeals. Accordingly, as provided in CR 76.12(8)(c)(iii), we regard appellee's failure to file a position statement as a confession of error and reverse the judgment without considering the merits of the case.

All concur.